Gloria MARSH, Plaintiff–Appellant,

v.

Dolph BRYAN, etc; et al, Defendants,

Dolph Bryan, Oktibbeha County Sheriff, Individually and in his Official Capacity as Sheriff of Oktibbeha County, Mississippi; Robert Elmore, Individually and in his Official Capacity

as Deputy Sheriff of Oktibbeha County, Mississippi; Ed Blasingame, Individually and in his Official Capacity as Deputy Sheriff of Oktibbeha County, Mississippi; Sam Gitchell, Individually and in his Official Capacity as Deputy Sheriff of Oktibbeha County, Mississippi; Oktibbeha County, Mississippi; Eddie Young, Individually and in his Official Capacity as Deputy Sheriff of Oktibbeha County, Mississippi, Defendants–Appellees.

No. 05–60112.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 1, 2006.

William Lewis Bambach, Columbus, MS, for Plaintiff–Appellant.

Robert Mims, Daniel, Coker, Horton & Bell, Oxford, MS, for Defendants–Appellees.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

Gloria Marsh appeals the district court's grant of the defendants' motion for summary judgment in her civil suit, which raised several claims that were grounded in state and federal law. Marsh has failed to show that the district court erred in concluding that there was no genuine issue of material fact and that the defendants were entitled to summary judgment as a matter of law. See FED.R.CIV.P. 56(c); see

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

also *Little v. Liquid Air Corp.,* 37 F.3d 1069, 1075 (5th Cir.1994) (en banc). Consequently, the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.